UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| JOHN COHRON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>STANFORD INTERNATIONAL BANK LTD., et al.,<br><br>　　　　　　　Defendants. | § Civil Action No. 4:09-cv-00511<br>§<br>§ <u>CLASS ACTION</u><br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**

COMES NOW plaintiff, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice. In support of this Notice, plaintiff shows the Court as follows:

1. The above-captioned action is pending in this Court and no defendant has answered or moved for summary judgment.

2. Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

3. No defendant having answered or moved for summary judgment, plaintiff will and hereby does dismiss this action without prejudice.

WHEREFORE, plaintiff hereby voluntarily dismisses this action without prejudice.

DATED: September 1, 2009         COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
                                 JAMES I. JACONETTE


                                         s/ JAMES I. JACONETTE
                                         JAMES I. JACONETTE

                                 655 West Broadway, Suite 1900
                                 San Diego, CA  92101
                                 Telephone:  619/231-1058
                                 619/231-7423 (fax)

                                 CROWLEY NORMAN, LLP
                                 RICHARD E. NORMAN
                                 State Bar No. 00788128
                                 Three Riverway, Suite 1775
                                 Houston, TX  77056
                                 Telephone:  713/651-1771
                                 713/651-1775 (fax)

- 2 -

        EDWARD J. WESTMORELAND, P.C.
        EDWARD J. WESTMORELAND
        State Bar No. 21227900
        2000 Bering Drive, 380
        Houston, TX  77057
        Telephone:  713/334-7011
        713/334-7420 (fax)

        Attorneys for Plaintiff

Document1

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 1, 2009.

    s/ JAMES I. JACONETTE
    JAMES I. JACONETTE

    COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail: jamesj@csgrr.com

# Mailing Information for a Case 4:09-cv-00511

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Susan Ann Dillon Ayers**
  sue.ayers@bakerbotts.com

- **James I Jaconette**
  jamesj@csgrr.com,e_file_sd@csgrr.com

- **Richard Eugene Norman**
  rnorman@crowleynorman.com,mbarnes@crowleynorman.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`