UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN COHRON, Individually and on Behalf of All Others Similarly Situated, | § | |
| Plaintiff, | § | |
| v. | § § § | CIVIL ACTION NO. 4:09-cv-00511 |
| STANFORD INTERNATIONAL BANK LTD., et al., | § | |
| Defendants. | § | |

### ORDER

Plaintiff now files his Notice of Voluntary Dismissal pursuant to FED. R. CIV. P. 41(a)(1). This action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

SIGNED this 17th day of September, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE